THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT GAFFEY et al., Appellants, *v.* ALAN C. FOBES, as Mayor of the City of Syracuse, et al., Composing the Board of Contract and Supply of the City of Syracuse, Respondents.

*People ex rel. Gaffey* v. *Fobes*, 151 App. Div. 245, affirmed.
(Argued February 4, 1914; decided February 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1912, which reversed an order of Special Term granting a peremptory writ of mandamus to compel the defendants to award to the relators a certain contract.

*Frank H. Collins* and *J. R. Collins* for appellants.

*Walter W. Magee* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

JACOB PODALSKY et al., Respondents, *v.* JOHN B. IRELAND, Appellant.

*Podalsky* v. *Ireland*, 146 App. Div. 940, affirmed.
(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1911, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of the covenants of a lease.

*Isaac Josephson* for appellant.

*David L. Podell* and *Max D. Steuer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.